2017 ND 235

**Derek Matthew WISHAM, Petitioner and Appellant**

v.

**STATE of North Dakota, Respondent and Appellee**

**No. 20170164**

Supreme Court of North Dakota.

Filed 10/17/2017

Kiara C. Kraus–Parr, Grand Forks, ND, for petitioner and appellant.

Brian D. Grosinger, Assistant State's Attorney, Mandan, ND, for respondent and appellee.

Per Curiam.

[¶ 1] Derek Wisham appealed from a district court order denying his application for post-conviction relief on the basis of ineffective assistance of counsel. The district court determined Wisham failed to present any evidence to satisfy the *Strickland* test for ineffective assistance of counsel. *Strickland v. Washington*, 466 U.S. 668, 687, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984). We summarily affirm under N.D.R.App.P. 35.1(a)(2). *Broadwell v. State*, 2014 ND 6, ¶ 7, 841 N.W.2d 750 ("Courts need not address both elements of the ineffective assistance of counsel test, and if a court can dispose of the case by addressing only one element, it is encouraged to do so.").

[¶ 2] Gerald W. VandeWalle, C.J.

Jon J. Jensen

Lisa Fair McEvers

Daniel J. Crothers

Jerod E. Tufte